IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES THOMPSON,

  Petitioner,

   v.                                                                 CIVIL ACTION FILE
                                                                          NO. 1:16-CV-2470-TWT
STATE OF GEORGIA,

  Respondent.

**ORDER**

    This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending dismissing the action for the Petitioner's failure to obtain the permission of the Court of Appeals to file a second Petition. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be issued.

    SO ORDERED, this 1 day of September, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Thompson\r&r.wpd